# United States District Court

_____ DISTRICT OF _____

ANGELO M. LABORCE

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: CV 05 - 0036

S_WON, INC., P&S, INC., YOUNG
KYUN KIM, JOHN GERALD PANGELINAN,
DANIEL MUNA QUITUGUA, DARREL MUNA
QUITUGUA and JOE CRISOSTOMO

F I L E D
Clerk
District Court

NOV - 9 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TO: (Name and address of defendant)

DANIEL MUNA QUITUGUA
Saipan MP 96950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SMITH & WILLIAMS
PO BOX 5133 CHRB
Saipan MP 96950

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ

CLERK

(BY) DEPUTY CLERK

NOV - 8 2005

DATE

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1]

DATE: NOVEMBER 9, 2005

NAME OF SERVER (PRINT): MARIA GRACIA N. BOONGALING

TITLE:

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SENT THE DOCUMENTS BY CERTIFIED MAIL, POSTAGE PREPAID, RETURN RECEIPT REQUESTED TO DEFENDANT AT HIS ADDRESS IN FEDERAL DETENTION CENTER, VICTORVILLE USP, PO BOX 5000 ADELANTO CA 92301 (SEE ATTACHED)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 11/9/05

Signature of Server

Address of Server: PO BOX 5133 CHRB SAIPAN

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**U.S. Postal Service CERTIFIED MAIL**
(Domestic Mail Only; No Insurance)

7000 1670 0001 2880 7146

Sent To: JOHN GERALD
Street, Apt. No.; or PO Box No.: PO BOX 5000
City, State, ZIP+4: Adelanto CA 9[...]

PS Form 3800, May 2000

**SMITH & WILLIAMS**
ATTORNEYS-AT-LAW
P.O. BOX 5133 CHRB
SAIPAN, MP 96950

TO: John Gerald Pangelinan
Inmate No. 00460-005
Federal Detention Center
Victorville USP
PO Box 5000
Adelanto CA 92301

Legal Mail, Open In the Presence of Inmate Only