```
                                                    FILED
                                                    Clerk
                                                    District Court

                                                    NOV - 9 2005

                                                    For The Northern Mariana Islands
                                                    By_____
                                                        (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ANGELO M. LABORCE, | ) | Civil No. 05-0036 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | ORDER SETTING HEARING |
| v. | ) | ON PLAINTIFF'S MOTION |
| | ) | FOR PRE-JUDGMENT |
| S-WON, INC.; P&S, INC.; | ) | ATTACHMENT |
| YOUNG KYUN KIM; | ) | |
| JOHN GERALD PANGELINAN; | ) | |
| DANIEL MUNA QUITUGUA; | ) | |
| DARRELL MUNA QUITUGUA; | ) | |
| and, JOE CRISOSTOMO | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

To: Defendant S-Won Construction, Inc.
    Defendant Young Kyun Kim

IT IS ORDERED that plaintiff's motion for pre-judgment attachment shall be heard on Thursday, November 17, 2005, at 8:30 a.m. in the District Court, Horiguchi

Building, Garapan, Saipan.

DATED this 9th day of November, 2005.

                                                   /s/ Alex R. Munson
                                            ALEX R. MUNSON
                                            Judge