AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

ANGELO M. LABORCE

V.

S_WON, INC., P&S, INC., YOUNG KYUN KIM, JOHN GERALD PANGELINAN, DANIEL MUNA QUITUGUA, DARREL MUNA QUITUGUA and JOE CRISOSTOMO

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 05 - 0036

FILED
Clerk
District Court

NOV 1 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TO: (Name and address of defendant)

JOHN GERALD PANGELINAN
Saipan MP 96950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SMITH & WILLIAMS
PO BOX 5133 CHRB
Saipan MP 96950

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ
CLERK

_(signature)_
(BY) DEPUTY CLERK

NOV - 8 2005
DATE

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 11/9/05 |
| NAME OF SERVER (PRINT) MARIA GRACIA N. BOONGALING | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SENT THE DOCUMENTS VIA CERTIFIED MAIL, POSTAGE PREPAID, RETURN RECEIPT REQUESTED, TO DEFENDANT AT THE FOLLOWING ADDRESS: FEDERAL DETENTION CENTER, VICTORVILLE USP, PO BOX 5000, ADELANTO, CA 92301 (SEE ATTACHED)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/10/05
Date

Signature of Server

PO BOX 5133 CHRB SAIPAN MP 96950
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



```
7000 1670 0001 2880 7146
7000 1670 0001 2880 7146
```

U.S. Postal Service
CERTIFIED MAIL
(Domestic Mail Only; No Insurance)

Sent To: JOHN GERALD
Street, Apt. No., or PO Box No.: PO Box 5000
City, State, ZIP+4: Adelanto CA 9

SMITH & WILLIAMS
ATTORNEYS-AT-LAW
P.O. BOX 5133 CHRB
SAIPAN, MP 96950

TO  John Gerald Pangelinan
Inmate No. 00460-005
Federal Detention Center
Victorville USP
PO Box 5000
Adelanto CA 92301

Legal Mail, Open In the Presence of Inmate Only