AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

ANGELO M. LABORCE

V.

S_WON, INC., P&S, INC., YOUNG KYUN KIM, JOHN GERALD PANGELINAN, DANIEL MUNA QUITUGUA, DARREL' MUNA QUITUGUA and JOE CRISOSTOMO

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 05 - 0036

F I L E D
Clerk
District Court

NOV 15 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

TO: (Name and address of defendant)

DARREL MUNA QUITUGUA
Saipan MP 96950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SMITH & WILLIAMS
PO BOX 5133 CHRB
Saipan MP 96950

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ

CLERK

(BY) DEPUTY CLERK

DATE    NOV - 8 2005

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE  Nov. 14, 2005 |
| NAME OF SERVER (PRINT)  MARIA GRACIA N. BOONGALING | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): SENT THE DOCUMENTS VIA CERTIFIED MAIL, POSTAGE PREPAID, RETURN RECEIPT REQUESTED TO DEFENDANT DARELL M. QUITIQUIA AT THE FOLLOWING ADDRESS: FEDERAL DETENTION CENTER, SHERIDAN FCI, PO BOX 5000, SHERIDAN OR 97378 (SEE ATTACHED)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                              Signature of Server

                                          PO Box 5133
                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**CERTIFIED MAIL**

7000 1670 0001 2880 7122
7000 1670 0001 2880 7122

**U.S. Postal Service**
**CERTIFIED MAIL**
(Domestic Mail Only; No Insurance)

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Sent To: Darell M.
Street, Apt. No.; or PO Box No.: PO Box 5000
City, State, Zip+4: Sheridan OR

PS Form 3800, May 2000

---

**SMITH & WILLIAMS**
ATTORNEYS-AT-LAW
P.O. BOX 5133 CHRB
SAIPAN, MP 96950

**TO** Mr. Darell M. Quitugua
Inmate No. 00405-005
Federal Detention Center
Sheridan FCI
PO Box 5000
Sheridan OR 97378

**Legal Mail, Open In the Presence of Inmate Only**