FILED
Clerk
District Court

NOV 16 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELO M. LABORCE,<br><br>Plaintiff,<br><br>v.<br><br>S-WON INC., P&S, INC., YOUNG KYUN KIM, JOHN GERALD PANGELINAN, DANIEL MUNA QUITUGUA, DARREL MUNA QUITUGUA and JOE CRISOSTOMO,<br><br>Defendants | CASE NO. CV-05-0036<br><br>**PROOF OF SERVICE** |

I, Rainaldo S. Agulto, hereby declare as follows:

1. I am not a party in the above referenced matter.

2. I am over the age of eighteen (18) years.

3. I personally served copies of the following documents to S-Won, Inc., by and through its registered agent, Jin Koo Cho, at his office in Chalan Laulau, Saipan, on November 15, 2005:

   a. Application for Writ of Pre-Judgment Attachment;

   b. Declaration of Eric S. Smith in Support of Application for Writ of Pre-Judgment of Attachment; and

   c. Order Setting Hearing on Plaintiff's Motion for Pre-Judgment Attachment.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on November 16, 2005, Saipan, Commonwealth of the Northern Mariana Islands.

_____
RAINALDO S. AGULTO