FILED
Clerk
District Court

NOV 1 7 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

*****************************************************************************

CV-05-0036                                    November 17, 2005
                                              8:35 a.m.


### ANGELO M. LABORCE -vs- S-WON, INC. et al

PRESENT:      Hon. Alex R. Munson, Chief Judge Presiding
              Faye Crozat, Court Reporter
              K. Lynn Lemieux, Courtroom Deputy
              Randy Schmidt, Law Clerk
              Eric Smith, Attorney for Plaintiff


PROCEEDINGS:   MOTION FOR PRE-JUDGMENT ATTACHMENT

   Attorney Eric S. Smith appeared on behalf of Plaintiffs. No one appeared on behalf of Defendant.

   Attorney Smith stated that the defendants were served with the papers regarding this matter.

   Court GRANTED the motion as prayed.


                              Adjourned 8:36 a.m.

                              _____
                              K. Lynn Lemieux, Courtroom Deputy