ERIC S. SMITH, Bar No. F 0157
SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:    233-3334
Fax:    233-3336

Attorneys for Plaintiff

FILED
Clerk
District Court

NOV 17 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

ANGELO M. LABORCE,

    Plaintiff,

v.

S-WON INC., P&S, INC., YOUNG KYUN KIM, JOHN GERALD PANGELINAN, DANIEL MUNA QUITUGUA, DARREL MUNA QUITUGUA and JOE CRISOSTOMO,

    Defendants.

Civil Action No. 05-0036

[DRAFT]
ORDER FOR
PRE-JUDGMENT ATTACHMENT

Date:
Time:
Judge: Alex R. Munson

    This matter came to a hearing on _November 17, 2005_ on Plaintiff's Application for Pre-Judgment Attachment against the assets of Defendants S-Won Corporation (S-WON) and Mr. Young Kyun Kim (KIM), pursuant to Rule 64 of the Federal Rules of Civil Procedure and 7 CMC § 4201, specifically the a) assets of Defendant KIM's bank account in Bank of Hawaii, Account No. 0032-025250; b) and all other bank accounts that Defendants S-WON and KIM may have in the CNMI.

    GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants Plaintiff's application and a writ of attachment is issued against the assets specified above. The United States Marshall is hereby directed to serve a copy of this Order to all banking institutions within the CNMI

1    SO ORDERED.

2

3    Dated: 11-17-05

4

5

6                                                    _____
                                                     ALEX R. MUNSON
                                                     Presiding Judge

2