| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Angelo M. Laborce | COURT CASE NUMBER<br>CV 05-0036 |
|---|---|
| DEFENDANT<br>S-Won, Inc., P&S, Inc., Young Kyun Kim, John Gerald Pangelinan, et al | TYPE OF PROCESS<br>Writ of Attachment |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Bank of Hawaii, Garapan Branch, c/o Eloisa San Nicholas, Manager

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Garapan, Saipan MP 96950

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

SMITH & WILLIAMS
Plumeria Road GArapan
Saipan MP 96950

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Writ of Attachment for ~~Kim Young Kim's~~ Young Kyun Kim's Bank of Hawaii account no. 0032-025250

FILED
Clerk
District Court
NOV 1 8 2005
For The Northern Mariana Islands
By_____
(Deputy Clerk)

Signature of Attorney or other Originator requesting service on behalf of:
*Eric J. Smith*

☒ PLAINTIFF
☐ DEFENDANT

TELEPHONE NUMBER: 233-3334
DATE: 11/18/05

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

Total Process: 01
District of Origin No. 005
District to Serve No. 005
Signature of Authorized USMS Deputy or Clerk: S/NM II C/DUSM
Date: 11-18-05

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
ELOISA L. SAN NICOLAS  SVC MGR/BoH

Address (complete only if different than shown above):
BoH @ Puerto Rico Branch

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 11-18-05
Time: 11:00 am
Signature of U.S. Marshal or Deputy

| Service Fee<br>45.00 | Total Mileage Charges (including endeavors)<br>1.80 | Forwarding Fee | Total Charges<br>46.80 | Advance Deposits<br>46.80 | Amount owed to U.S. Marshal or<br>∅ | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
① 11-18-05 Spec DUSM W. Gray served @ 3mi
MGR informs current Bal as $229.11 as of 11/17/05

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**SMITH & WILLIAMS LAW OFFICES**
(OPERATING ACCOUNT)
P.O. BOX 5133 CHRB
SAIPAN MP 96950
TEL (670) 233-3334  FAX (670) 233-3336

FIRST HAWAIIAN BANK
OLEAI BRANCH
SAIPAN, MP 96950
59-306-1214

3155

| DATE | AMOUNT |
|---|---|
| Nov 17, 2005 | 1.80 |

PAY TO THE ORDER OF

One and 80/100 Dollars

U. S. Marshall, CNMI
Saipan, MP 96950

Memo   R/C Laborce

⑈ 121403065⑈ 3155  12″015445″

---

**SMITH & WILLIAMS LAW OFFICES**
(OPERATING ACCOUNT)
P.O. BOX 5133 CHRB
SAIPAN MP 96950
TEL (670) 233-3334  FAX (670) 233-3336

FIRST HAWAIIAN BANK
OLEAI BRANCH
SAIPAN, MP 96950
59-306-1214

3154

| DATE | AMOUNT |
|---|---|
| Nov 17, 2005 | 45.00 |

PAY TO THE ORDER OF

Forty-Five and 00/100 Dollars

U. S. Marshall, CNMI
Saipan, MP 96950

Memo   R/C Laborce

⑈ 121403065⑈ 3154  12″015445″

ERIC S. SMITH, Bar No. F 0157
SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:  233-3334
Fax:  233-3336

Attorneys for Plaintiff

COPY of
Original Filed
on this date

NOV 17 2005

Clerk
District Court
for The Northern Mariana Islands

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELO M. LABORCE,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>S-WON INC., P&S, INC., YOUNG KYUN KIM, JOHN GERALD PANGELINAN, DANIEL MUNA QUITUGUA, DARREL MUNA QUITUGUA and JOE CRISOSTOMO,<br><br>　　　　Defendants. | Civil Action No. 05-0036<br><br>[DRAFT]<br>ORDER FOR<br>PRE-JUDGMENT ATTACHMENT<br><br>Date:<br>Time:<br>Judge: Alex R. Munson |

　　　This matter came to a hearing on _November 17, 2005_, on Plaintiff's Application for Pre-Judgment Attachment against the assets of Defendants S-Won Corporation (S-WON) and Mr. Young Kyun Kim (KIM), pursuant to Rule 64 of the Federal Rules of Civil Procedure and 7 CMC § 4201, specifically the a) assets of Defendant KIM's bank account in Bank of Hawaii, Account No. 0032-025250; b) and all other bank accounts that Defendants S-WON and KIM may have in the CNMI.

　　　GOOD CAUSE HAVING BEEN SHOWN, this Court hereby grants Plaintiff's application and a writ of attachment is issued against the assets specified above. The United States Marshall is hereby directed to serve a copy of this Order to all banking institutions within the CNMI

A TRUE COPY
Certified this _18th_ day of _November_ 20 _05_
By _____
(Deputy Clerk)

1  SO ORDERED.

2

3  Dated: __11-17-05__

4

5                                    _/s/ Alex R. Munson_
                                     ALEX R. MUNSON
6                                    Presiding Judge

7

8

9  _[signature]_
   ELOISA L. SAN NICOLAS
10   SVG MANAGER & OFFICER
   11/18/05
11

12  9:14 A.M.

13

14

15  32-ON250

16  $ 124.11 Balance as of 11/17/05

17

18

19

20

21

22  Last transaction
23  8/24/05 -$ 104.95
    ATM → Young Kim
24

25

26

27

28
                                    2