FILED
Clerk
District Court

DEC - 2 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

STEPHEN J. NUTTING, ESQ.
WHITE & NUTTING, LLC
P.O. Box 5222
Saipan, MP 96950
Telephone: (670) 234-6547
Facsimile: (670) 234-9537

Attorneys for Defendant P & S Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELO M. LABORCE,<br><br>Plaintiff,<br><br>vs.<br><br>S-WON INC., P & S, INC., YOUNG KYUN KIM, JOHN GERALD PANGELINAN, DANIEL MUNA QUITUGUA, DARREL MUNA QUITUGUA and JOE CRISOSTOMO,<br><br>Defendants. | Civil Action No. 05-0036<br><br>**DEFENDANT P & S, INC.'s**<br>**ANSWER TO COMPLAINT**<br>**AND DEMAND FOR JURY TRIAL** |

COMES NOW, P & S, Inc., by and through its attorney, Stephen J. Nutting, to answer plaintiff's complaint and demand for jury trial as follows:

1. Paragraphs numbered 1, 4, 7, 10, and 28 are admitted.

2. Paragraphs numbered 26, 27, and 33 are denied.

3. Defendant is without sufficient information to either affirm or deny the allegations contained in Paragraphs numbered 2, 3, 5, 6, 11, 12, 13, 14, 15, 18, 19, 20, 21, 22, 23, 24, 25, 30,

35, 36, 37, 38, 40, 41,42, 43, 44, 45, 46, 48, 49, 50, 51, 52, 53, 54, and 55.

3. In answer to Paragraph numbered 8, it is admitted that the defendant Young Kyun Kim, is a Korean citizen. Defendant is without sufficient information to either affirm or deny whether he was a resident of Saipan during the relevant period as alleged within the paragraph and therefore denies same.

4. In answer to Paragraph numbered 9, it is admitted that defendant S-Won Inc. owned and operated a poker business established on the island of Saipan named Capital Poker. It is specifically denied that P & S, Inc. owned and operated the poker establishment.

5. In answer to Paragraph numbered 17, defendant is without sufficient information to either affirm or deny that the plaintiff was working as a security guard on April 19, 2004 at approximately 5:00 a.m.. It is admitted, however, that plaintiff was working for his employer, defendant S-Won Inc., at Capital Poker.

6. In answer to Paragraph numbered 29, it is admitted that P & S did not obtain worker's compensation insurance for the benefit of the plaintiff. P & S had no obligation to provide such insurance as it was not the employer of the plaintiff. Defendant is without sufficient information to either affirm or deny that defendant S-Won had worker's compensation insurance in place for the benefit of the plaintiff and therefore denies same.

7. To the extent that Paragraph 31 properly sets forth the statute at 4 CMC §9305, all such allegations contained therein are admitted.

8. In answer to Paragraph numbered 32, defendant lacks sufficient information to either affirm or deny whether plaintiff may appropriately elect to preserve compensation of injuries outside

of the Worker's Compensation statute. Because P & S was not the employer of the plaintiff, P & S is not limited as to any defense it may raise in this action.

9. In answer to Paragraph numbered 16, 34, 39, and 47, defendant either affirms or denies the allegations referenced therein and as set forth in this answer.

### AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to state a cause of action for which relief can be had against defendant P & S Inc. as P & S Inc. was not the employer of the plaintiff, and was not in privity with the plaintiff, and had no obligation to the plaintiff.

Dated this 2nd day of December, 2005.

STEPHEN J. NUTTING
Attorney for Defendant P & S, Inc.

### VERIFICATION

I, WOO, JUNG SIK, manager of defendant P & S, Inc., to hereby swear and affirm under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and that I am competent to testify as to all matters stated herein if so called upon. Executed this 2nd day of December, 2005 at Saipan, Commonwealth of the Northern Mariana Islands.

WOO, JUNG SIK
Authorized Representative of P & S, Inc.