UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

ANGELO M. LABORCE,
    Plantiff

v.

S-WON INC et al.,
    Defendants.
_____/

Civil Action No:05-0036

MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT

Clerk
District Court

DEC 12 2005

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

COMES NOW, Darrel Muna Quitugua, Defenadnt Pro-se, hereby respectfully moves this court for an extension of time to answer to complaint for the following reasons:

1. Defendant was served with a summons on November 22, 2005 requiring him to answer to the complaint within 20 days.

2. Defenadnt has no knowledge of the law and due to being incarcerated for a substantial period of time he can not afford counsel.

2. Defenadnt needs more time to try to contact a outside attorney through his family or obtain assistance from an jail house lawyer to prepare his answer to the complaint and receive money from his family to purchase legal supplies and stamps to draft the answer.

WHEREFORE, Defendant prays that this honorable court grant his extension of time by 20 days, December 30, 2005.

Dated this ___30___ day of __NOV__ 2005   Signature: _____

PAGE 1-MOTION FOR EXTENSION

## CERTIFICATE OF SERVICE BY MAIL

I, <u>Darrel M. Quitugua</u>, hereby certify that on this <u>30th</u> day of <u>November</u>, <u>2005</u>, I mailed a true and correct copy of the foregoing:   MOTION FOR EXTENSION OF TIME TO FILE ANSWER

to the following individual(s):

Eric S. Smith
Attorney at Law
P.O. Box 5133 CHRB
Saipan MP 96950

and

Clerk, United States District Court For The Northern Mariana Islands
Post Office Box 687
Saipan, MP 96950

by U.S. Postal Service, postage prepaid.*

_____
00405-005
Register No.
FCI Sheridan
P.O. Box 5000
Sheridan, OR 97378-5000

* Pleadings by prisoners who represent themselves are to be considered filed at the moment such pleadings are delivered to prison authorities for forwarding to the court clerk. <u>Houston v. Lack</u>, 487 U.S. 266 (1988).

## CERTIFICATE OF SERVICE BY MAIL