FILED
Clerk
District Court

DEC 12 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELO M. LABORCE, ) | Civil No. 05-0036 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER GRANTING |
| ) | MOTION OF PRO SE |
| S-WON, INC.; P&S, INC.; ) | DEFENDANT QUITUGUA |
| YOUNG KYUN KIM; ) | FOR EXTENSION OF TIME |
| JOHN GERALD PANGELINAN; ) | IN WHICH TO ANSWER |
| DANIEL MUNA QUITUGUA; ) | |
| DARRELL MUNA QUITUGUA; ) | |
| and, JOE CRISOSTOMO, ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

    THE COURT has this day received a pro se motion from defendant Darrell Muna Quitugua seeking an extension of time until December 30, 2005, to file an answer.

    Based upon the representation of defendant that he is currently incarcerated

on the mainland and has not yet been able to secure the services of counsel, and it appearing that there would be no significant prejudice to plaintiff by the granting of this motion; NOW, THEREFORE, in the interests of conserving the resources of the court and the parties, the court has considered the motion without the necessity of a hearing or a written response from plaintiff, and

IT IS ORDERED that defendant Darrell Muna Quitugua shall have until 3:30 p.m., Friday, December 30, 2005, in which to file his answer to the complaint.

DATED this 12th day of December, 2005.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 8/82)