F I L E D
 Clerk
District Court

DEC 2 0 2005

For The Northern Mariana Islands
By_____
             (Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELO M. LABROCE,<br><br>Plaintiff,<br><br>vs.<br><br>S-WON INC., P&S, INC., KYUN KIM, JOHN GERALD PANGELINAN, DANUAL MUNA QUITUGUA, DARREL MUNA QUITUGUA & JOE CRISOSTOMO,<br><br>Defendants, | Civil Action No. 05-0036<br><br><br>ORDER RE SETTING CHAMBERS CONFERENCE |

Eric S. Smith            Stephen J. Nutting
Attorney at Law          Attorney at Law
P.O. Box 5133            P.O. Box 5222
Saipan, MP 96960.        Saipan, MP 96950

IT IS ORDERED that a Chamber's Conference in the above case is scheduled for Tuesday, December 27, 2005, at 9:30 a.m.

DATED this 20th day of December, 2005.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)