FILED
Clerk
District Court

JAN 13 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ANGELO M. LABORCE, | ) | Civil No. 05-0036 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER SETTING |
| | ) | HEARING DATE FOR |
| S-WON, INC.; P&S, INC.; | ) | DEFENDANT QUITUGUA'S |
| YOUNG KYUN KIM; | ) | MOTION TO DISMISS OR, IN |
| JOHN GERALD PANGELINAN; | ) | THE ALTERNATIVE, FOR |
| DANIEL MUNA QUITUGUA; | ) | SUMMARY JUDGMENT |
| DARRELL MUNA QUITUGUA; | ) | |
| and, JOE CRISOSTOMO, | ) | |
| | ) | |
| Defendants | ) | |

   IT IS ORDERED that a hearing on pro se defendant Darrell Muna Quitugua's motion to dismiss or for summary judgment will be held Thursday, February 9, 2006, at 9:00 a.m. Defendant will not appear to argue the motion. Plaintiff may submit the

AO 72
(Rev. 8/82)

matter for decision without oral argument after filing his opposition, if he notifies the court at the time his opposition is filed. If plaintiff chooses not to argue the motion orally, the hearing will automatically come off-calendar without further order of the court and the court will render its decision on the filings before it.

DATED this 13th day of January, 2006.

                                    *Alex R. Munson*
                                    ALEX R. MUNSON
                                         Judge