F I L E D
Clerk
District Court

JAN 2 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ANGELO M. LABORCE, | ) | Civil No. 05-0036 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER REGARDING |
| | ) | ORAL ARGUMENT OF |
| S-WON, INC.; P&S, INC.; | ) | DEFENDANT QUITUGUA'S |
| YOUNG KYUN KIM; | ) | MOTION TO DISMISS OR, IN |
| JOHN GERALD PANGELINAN; | ) | THE ALTERNATIVE, FOR |
| DANIEL MUNA QUITUGUA; | ) | SUMMARY JUDGMENT |
| DARRELL MUNA QUITUGUA; | ) | |
| and, JOE CRISOSTOMO, | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

The court has determined that this motion is suitable for decision without oral argument. Accordingly, it is taken off-calendar on February 9, 2006, and will be

AO 72
(Rev. 8/82)

decided on the filings then before the court.

IT IS SO ORDERED.

DATED this 16th day of January, 2006.

*Alex R. Munson*
ALEX R. MUNSON
Judge