F I L E D
Clerk
District Court

JAN 26 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE U.S. DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CIVIL ACTION NO. CV- 05-0036

ANGELO M. LABORCE,

Plaintiff(s),

VS.

S-WON INC., P&S, INC., YOUNG KYUN KIM, JOHN GERALD PANGELINAN, DANIEL MUNA QUITUGUA, DARREL MUNA QUITUGUA and JOE CRISOSTOMO,

Defendant(s).

PROOF OF SERVICE

I hereby declare, under penalty of perjury, that on the __25th__ day of __January__, 2006 at __4:00__ a.m./p.m. I personally served upon __STEVE NUTTING LAW OFFICE__, a true and correct copy of the:

☐ Summons and Complaint

☐ Order dated _____

☑ Other (specify) __RESPONSE TO MOTION TO DISMISS OR IN ALTERNATIVE FOR SUMMARY JUDGMENT__

_____ in the above-captioned matter.

Service was made as follows:

☐ By delivering it to the aforesaid person.
☐ By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

☑ By delivering it to __MYRNA SANTOS__, who is an officer, agent, employee or person authorized to receive the document(s) on behalf of the individual or corporation.

The place where said service was made was: __NAURU Bldg. SuSupe, Saipan__

The charge for service was: $ __20.00__ .

Dated: __JANUARY 25, 2006__ .

_____
ELMER BARROGO

Hearing Date: __FEBRUARY 9, 2006__