| | |
|---|---|
| ERIC S. SMITH, Bar No. F 0157<br>SMITH & WILLIAMS<br>Attorneys at Law<br>P.O. Box 5133 CHRB<br>Saipan MP 96950<br>Tel:   233-3334<br>Fax:   233-3336<br><br>Attorneys for Plaintiff | F I L E D<br>Clerk<br>District Court<br><br>JAN 2 6 2006<br><br>For The Northern Mariana Islands<br>By_____<br>(Deputy Clerk) |

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELO M. LABORCE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>S-WON INC., P&S, INC., YOUNG KYUN KIM, JOHN GERALD PANGELINAN, DANIEL MUNA QUITUGUA, DARREL MUNA QUITUGUA and JOE CRISOSTOMO,<br><br>　　　　Defendants. | Civil Action No. 05-0036<br><br><br>**PROOF OF SERVICE<br>BY MAIL** |

　　　I hereby certify that on January 26, 2006, a copy of Plaintiff's RESPONSE TO DISMISS OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT was served by mail, postage prepaid and delivered to the United States Postal Service addressed to:

　　　　　　　　Mr. Darrell M. Quitugua
　　　　　　　　Inmate No. 00405-005
　　　　　　　　Federal Detention Center
　　　　　　　　Sheridan FCI
　　　　　　　　PO Box 5000
　　　　　　　　Sheridan OR 97378

　　　I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on January 26, 2006, at Garapan, Saipan, Commonwealth of the Northern Mariana Islands.

　　　　　　　　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　　　　　Elmer C. Barrogo