ERIC S. SMITH, Bar No. F 0157
SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:   233-3334
Fax:   233-3336

Attorneys for Plaintiff

F I L E D
Clerk
District Court

JAN 2 6 2006

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELO M. LABORCE,<br><br>Plaintiff,<br><br>v.<br><br>S-WON INC., P&S, INC., YOUNG KYUN KIM, JOHN GERALD PANGELINAN, DANIEL MUNA QUITUGUA, DARREL MUNA QUITUGUA and JOE CRISOSTOMO,<br><br>Defendants. | Civil Action No. 05-0036<br><br>**DECLARATION OF ERIC S. SMITH IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT**<br>**(DANIEL MUNA QUITUGUA)**<br><br>Date:   N/A<br>Time:   N/A<br>Judge:  Alex Munson |

I, ERIC S. SMITH, declare that if called as a witness, I would competently testify to the following:

1.  That I am one of the attorneys for Plaintiff in the above entitled action.

2.  That on November 8, 2005, Plaintiff filed the Complaint in this case.

3.  That on November 9, 2005, Defendant Daniel Muna Quitugua was served with the Summons and Complaint by U.S. mail, postage prepaid, return receipt requested and addressed to: the Federal Detention Center, Atwater USP, PO Box 019001, Atwater, CA, 95301. A copy of the Declaration of Service is attached hereto as Exhibit "A".

4.  That the time for Defendant Daniel Muna Quitugua to plead or file an answer to Plaintiff's complaint expired on November 29, 2005.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on January 25, 2006, at Garapan, Saipan, Commonwealth of the Northern Mariana Islands.

_____
ERIC S. SMITH
Declarant

# United States District Court

_____ DISTRICT OF _____

ANGELO M. LABORCE

V.

S_WON, INC., P&S, INC., YOUNG KYUN KIM, JOHN GERALD PANGELINAN, DANIEL MUNA QUITUGUA, DARREL MUNA QUITUGUA and JOE CRISOSTOMO

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 05 - 0036

COPY of Original Filed on this date

NOV - 8 2005

Clerk
District Court
For The Northern Mariana Islands

TO: (Name and address of defendant)

DANIEL MUNA QUITUGUA
Saipan MP 96950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SMITH & WILLIAMS
PO BOX 5133 CHRB
Saipan MP 96950

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ                                    NOV - 8 2005
CLERK                                             DATE

_____[signature]_____
(BY) DEPUTY CLERK

EXHIBIT "A"

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | November 9, 2005 |
| NAME OF SERVER *(PRINT)* Maria Gracia N. Boongaling | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Sent the documents by certified mail, postage prepaid, return receipt requested to defendant at his address in Federal Detention Center, Atwater USP, PO Box 019001, Atwater CA 95301 (see attached)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Nov. 9, 2005
           Date

Signature of Server

PO Box 5173 CHRB Saipan
Address of Server

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

