ERIC S. SMITH, Bar No. F 0157
SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:   233-3334
Fax:   233-3336

Attorneys for Plaintiff

F I L E D
Clerk
District Court

JAN 2 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELO M. LABORCE,<br><br>Plaintiff,<br><br>v.<br><br>S-WON INC., P&S, INC., YOUNG KYUN KIM, JOHN GERALD PANGELINAN, DANIEL MUNA QUITUGUA, DARREL MUNA QUITUGUA and JOE CRISOSTOMO,<br><br>Defendants. | Civil Action No. 05-0036<br><br>**MOTION FOR ENTRY OF DEFAULT**<br>**(JOHN GERALD PANGELINAN)**<br><br>Date:  N/A<br>Time:  N/A<br>Judge: Alex Munson |

COMES NOW PLAINTIFF, ANGELO M. LABORCE, by and through his counsel, Smith & Williams, and moves this Court to enter a default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, against defendant John Gerald Pangelinan.

This motion is supported by the Declarations of Eric S. Smith and Maria Gracia N. Boongaling.

RESPECTFULLY SUBMITTED.

Dated this 25th day of January, 2006.

_____
ERIC S. SMITH
Attorney for Plaintiff