```
1  ERIC S. SMITH, Bar No. F 0157
   SMITH & WILLIAMS
2  Attorneys at Law                              F I L E D
   P.O. Box 5133 CHRB                              Clerk
3  Saipan MP 96950                              District Court
   Tel:  233-3334
4  Fax:  233-3336                               JAN 2 6 2006

5  Attorneys for Plaintiff                  For The Northern Mariana Islands
                                            By_____
6                                                (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELO M. LABORCE, | Civil Action No. 05-0036 |
| Plaintiff, | |
| v. | **DECLARATION OF ERIC S. SMITH IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT** (JOHN GERALD PANGELINAN) |
| S-WON INC., P&S, INC., YOUNG KYUN KIM, JOHN GERALD PANGELINAN, DANIEL MUNA QUITUGUA, DARREL MUNA QUITUGUA and JOE CRISOSTOMO, | Date: N/A<br>Time: N/A<br>Judge: Alex Munson |
| Defendants. | |

I, ERIC S. SMITH, declare that if called as a witness, I would competently testify to the following:

1. That I am one of the attorneys for Plaintiff in the above entitled action.

2. That on November 8, 2005, Plaintiff filed the Complaint in this case.

3. That on November 9, 2005, Defendant John Gerald Pangelinan, was served with the Summons and Complaint by U.S. mail, postage prepaid, return receipt requested and addressed to: the Federal Detention Center, Victorville USP, PO Box 5000, Adelanto, CA, 92301. A copy of the Declaration of Service is attached hereto as Exhibit "A".

4. That the time for Defendant John Gerald Pangelinan Inc. to plead or file an answer to Plaintiff's complaint expired on November 29, 2005.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on January 25, 2006, at Garapan, Saipan, Commonwealth of the Northern Mariana Islands.

_____
ERIC S. SMITH
Declarant

AO 440 (Rev. 10/93) Summons in a Civil Ac

# United States District Court

──────────── DISTRICT OF ────────────

ANGELO M. LABORCE

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: CV 05 - 0036

S_WON, INC., P&S, INC., YOUNG
KYUN KIM, JOHN GERALD PANGELINAN,
DANIEL MUNA QUITUGUA, DARREL MUNA
QUITUGUA and JOE CRISOSTOMO

COPY of
Original Filed
on this date

TO: (Name and address of defendant)

JOHN GERALD PANGELINAN
Saipan MP 98950

Clerk
District Court
For The Northern Mariana Islands

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SMITH & WILLIAMS
PO BOX 5133 CHRB
Saipan MP 96950

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOV - 8 2005

GALO L. PEREZ
CLERK

DATE

(BY) DEPUTY CLERK

— EXHIBIT "A"

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 11/9/05 |
| NAME OF SERVER (PRINT) MARIA GRACIA N. BOONGALING | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SENT THE DOCUMENTS VIA CERTIFIED MAIL, POSTAGE PREPAID, RETURN RECEIPT REQUESTED, TO DEFENDANT AT THE FOLLOWING ADDRESS: FEDEREL DETENTION CENTER, VICTORVILLE USP, PO BOX 5000, ADELANTO, CA 92301 (SEE ATTACHED)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/10/05
Date

Signature of Server

PO BOX 5133 CHRB SAIPAN MP 96950
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

