```
ERIC S. SMITH, Bar No. F 0157
SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:   233-3334
Fax:   233-3336
```

Attorneys for Plaintiff

F I L E D
Clerk
District Court

JAN 26 2006

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELO M. LABORCE,<br><br>Plaintiff,<br><br>v.<br><br>S-WON INC., P&S, INC., YOUNG KYUN KIM, JOHN GERALD PANGELINAN, DANIEL MUNA QUITUGUA, DARREL MUNA QUITUGUA and JOE CRISOSTOMO,<br><br>Defendants. | Civil Action No. 05-0036<br><br>**DECLARATION OF<br>MARIA GRACIA BOONGALING<br>IN SUPPORT OF<br>MOTION FOR ENTRY OF<br>DEFAULT**<br>**(JOHN GERALD PANGELINAN)**<br><br>Date:   N/A<br>Time:   N/A<br>Judge:  Alex Munson |

I, MARIA GRACIA N. BOONGALING, declare that if called as a witness, I would competently testify to the following:

1. That I am not a party in the above entitled action.

2. I am an assistant to Mark K. Williams and Eric S. Smith, attorneys for Plaintiff in the above captioned matter.

3. I served the Summons and Complaint in this matter to John Gerald Pangelinan, through U.S. Mail, postage prepaid, return receipt requested and addressed to: the Federal Detention Center, Victorville USP, PO Box 5000, Adelanto, CA, 92301. A true and correct copy of the return receipt is attached hereto as Exhibit "1."

4. Mr. Pangelinan contacted the office by telephone on November 22, 2005, acknowledging that he received the Summons and Complaint. A true and correct copy of an inter-office memorandum which I prepared for Eric Smith and Mark Williams is attached hereto as Exhibit "2."

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on January 26, 2006, at Garapan, Saipan, Commonwealth of the Northern Mariana Islands.

_____
MARIA GRACIA BOONGALING
Declarant

AO 440 (Rev. 10/93) Summons in a Civil Ac

# United States District Court

_____ DISTRICT OF _____

ANGELO M. LABORCE

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: CV 05 - 0036

S_WON, INC., P&S, INC., YOUNG
KYUN KIM, JOHN GERALD PANGELINAN,
DANIEL MUNA QUITUGUA, DARREL MUNA
QUITUGUA and JOE CRISOSTOMO

COPY of
Original Filed
on this date

TO: (Name and address of defendant)

JOHN GERALD PANGELINAN
Saipan MP 96950

Clerk
District Court
for The Northern Mariana Islands

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SMITH & WILLIAMS
PO BOX 5133 CHRB
Saipan MP 96950

an answer to the complaint which is herewith served upon you, within __20__ days after service o
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you fo
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period o
time after service.

GALO L. PEREZ                                    NOV - 8 2005
CLERK                                            DATE

(BY) DEPUTY CLERK        — EXHIBIT "1"

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: 11/9/05 |
| NAME OF SERVER (PRINT): MARIA GRACIA N. BOONGALING | TITLE: |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SENT THE DOCUMENTS VIA CERTIFIED MAIL, POSTAGE PREPAID, RETURN RECEIPT REQUESTED, TO DEFENDANT AT THE FOLLOWING ADDRESS: FEDEREL DETENTION CENTER, VICTORVILLE USP, PO BOX 5000, ADELANTO, CA 92301 (SEE ATTACHED)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/10/05
           Date

Signature of Server

Address of Server: PO BOX 5133 CHRB SAIPAN MP 96950

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**SMITH & WILLIAMS**
ATTORNEYS-AT-LAW
P.O. BOX 5133 CHRB
SAIPAN, MP 96950

TO  John Gerald Pangelinan
Inmate No. 00460-005
Federal Detention Center
Victorville USP
PO Box 5000
Adelanto CA 92301

Legal Mail, Open In the Presence of Inmate Only

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
JOHN GERALD PANGELINAN
Inmate No. 00460-005
Federal Detention Center
Victorville USP
PO Box 5000
Adelanto CA 92301

4a. Article Number
7000 1670 0001 2880 7146

4b. Service Type
☐ Registered    ☒ Certified
☐ Express Mail  ☐ Insured
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
11/16/05

5. Received By: (Print Name)
Wilford

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994    102595-97-B-0179   Domestic Return Receipt

# MEMORANDUM

**CLIENT:**   **LABORCE**                                        **DATE: November 22, 2005**

---

John Pangelinan, one of the Defendants in the case, called to ask why he was sued by Laborce. When I reminded him that he shot Laborce while robbing the poker place, he said that the employer should pay for Laborce's expenses not him. I told him to get legal advise since I am not an attorney. He said that he will be in prison for the next 24 years and will not be able to pay Laborce anything. [He seems to think that because he is in prison that he should not be sued.] He hang up the phone when I told him that a lawsuit is a lawsuit and that he has 20 days to file an answer to the complaint.

FYI.

— EXHIBIT "2"