1  ERIC S. SMITH, Bar No. F 0157
   SMITH & WILLIAMS
2  Attorneys at Law
   P.O. Box 5133 CHRB
3  Saipan MP 96950
   Tel:    233-3334
4  Fax:    233-3336

5  Attorneys for Plaintiff

6

7

8              IN THE UNITED STATES DISTRICT COURT
                          FOR THE
9              NORTHERN MARIANA ISLANDS

10 ANGELO M. LABORCE,                    Civil Action No. 05-0036

11         Plaintiff,

12                                       **MOTION FOR ENTRY OF**
                                         **DEFAULT**
13         v.                            **(S-WON, INC.)**

14 S-WON INC., P&S, INC., YOUNG
   KYUN KIM, JOHN GERALD
15 PANGELINAN, DANIEL MUNA        **Date:    N/A**
   QUITUGUA, DARREL MUNA          **Time:    N/A**
16 QUITUGUA and JOE CRISOSTOMO,    **Judge:  Alex Munson**

17         Defendants.

18

19         COMES NOW PLAINTIFF, ANGELO M. LABORCE, by and through his

20 counsel, Smith & Williams, and moves this Court to enter a default pursuant to Rule

21 55(a) of the Federal Rules of Civil Procedure, against defendant S-WON, Inc.

22         This motion is supported by the Declarations Eric S. Smith, Rainaldo Agulto and

23 Maria Gracia N. Boongaling.

24         RESPECTFULLY SUBMITTED.

25         Dated this 25th day of January, 2006.

26

27                                       ERIC S. SMITH
                                         Attorney for Plaintiff
28