ERIC S. SMITH, Bar No. F 0157
SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:  233-3334
Fax:  233-3336

Attorneys for Plaintiff

F I L E D
Clerk
District Court

JAN 2 6 2006

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELO M. LABORCE,<br><br>Plaintiff,<br><br>v.<br><br>S-WON INC., P&S, INC., YOUNG KYUN KIM, JOHN GERALD PANGELINAN, DANIEL MUNA QUITUGUA, DARREL MUNA QUITUGUA and JOE CRISOSTOMO,<br><br>Defendants. | Civil Action No. 05-0036<br><br>**DECLARATION OF ERIC S. SMITH IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT (S-WON, INC.)**<br><br>Date:  N/A<br>Time:  N/A<br>Judge: Alex Munson |

I, ERIC S. SMITH, declare that if called as a witness, I would competently testify to the following:

1. That I am one of the attorneys for Plaintiff in the above entitled action.

2. That on November 8, 2005, Plaintiff filed the Complaint in this case.

3. That on November 15, 2005, Defendant S-Won, Inc., through its registered agent, Jin Koo Cho, was served with the Summons and Complaint. A copy of the Declaration of Service is attached hereto as Exhibit "A".

4. That the time for Defendant S-Won, Inc. to plead or file an answer to Plaintiff's complaint expired on December 5, 2005.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on January 25, 2006, at Garapan, Saipan, Commonwealth of the Northern Mariana Islands.

_____
ERIC S. SMITH
Declarant

# United States District Court

_____ DISTRICT OF _____

ANGELO M. LABORCE

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: CV 05- 0036

S_WON, INC., P&S, INC., YOUNG KYUN KIM, JOHN GERALD PANGELINAN, DANIEL MUNA QUITUGUA, DARREL MUNA QUITUGUA and JOE CRISOSTOMO

COPY of
Original Filed
on this date

NOV 1 6 2005

Clerk
District Court
For The Northern Mariana Islands

TO: (Name and address of defendant)

S-WON, INC.
Saipan MP 96950

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SMITH & WILLIAMS
PO BOX 5133 CHRB
Saipan MP 96950

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ

CLERK

(BY) DEPUTY CLERK

DATE    NOV - 8 2005

EXHIBIT A

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 11/15/05  11:15 A.M. |
| NAME OF SERVER (PRINT)  RAINALDO S. AGULTO | TITLE  PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED PERSONALLY UPON JIN KOO CHO (REGISTERED AGENT) AT BOO BOO OFFICE IN CHALAN LAULAU

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  $20.00 | TOTAL  $20.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/15/05
                 Date

*Signature of Server*

P.O. BOX 5340 CHRB SAIPAN MP 96950
*Address of Server*

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.