ERIC S. SMITH, Bar No. F 0157
SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:    233-3334
Fax:    233-3336

Attorneys for Plaintiff

F I L E D
Clerk
District Court

JAN 2 6 2006

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELO M. LABORCE,<br><br>Plaintiff,<br><br>v.<br><br>S-WON INC., P&S, INC., YOUNG KYUN KIM, JOHN GERALD PANGELINAN, DANIEL MUNA QUITUGUA, DARREL MUNA QUITUGUA and JOE CRISOSTOMO,<br><br>Defendants. | Civil Action No. 05-0036<br><br>**DECLARATION OF MARIA GRACIA BOONGALING IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT**<br>**(S-WON, INC.)**<br><br>Date:   N/A<br>Time:   N/A<br>Judge:  Alex Munson |

I, MARIA GRACIA N. BOONGALING, declare that if called as a witness, I would competently testify to the following:

1.  That I am not a party in the above entitled action.

2.  I am an assistant to Mark K. Williams and Eric S. Smith, attorneys for Plaintiff in the above captioned matter.

3.  I directed Rainaldo Agulto to serve Mr. Jack Q. Atalig with the Summons and Complaint in this case in his capacity as S-Won, Inc.'s registered agent. A true and correct copy of S-Won, Inc.'s annual report for 2001 (the last annual report filed by S-Won at the registrar of corporation) is attached hereto as Exhibit "1."

4. Mr. Agulto informed me that Mr. Jack Atalig refused service of the complaint, stating that he was no longer the registered agent of the corporation and that it is now Jin Koo Cho. Mr. Jack Atalig directed Mr. Agulto to where Mr. Jin Koo Cho can be served.

5. I met Mr. Jin Koo Cho once, when he came to the office with Mr. Kim Young Kyun, president of S-Won, Inc., prior to the filing of this lawsuit.

6. Mr. Jin was with Mr. Kim to meet with Mark Williams to try to negotiate settlement.

7. I also spoke with Mr. Jin a couple of times, to schedule another meeting with Mr. Kim and Mark Williams regarding settlement. Each time, Mr. Jin represented to me that he is in contact with Mr. Kim and that he will convey our request to Mr. Kim.

8. When Mr. Rainaldo Agulto informed me that Mr. Jin Koo Cho confirmed that he is the registered agent of S-Won, Inc. and that he would accept service of the summons and complaint, I was not surprised with the information and agreed with Mr. Agulto to proceed with serving him.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on January 26, 2006, at Garapan, Saipan, Commonwealth of the Northern Mariana Islands.

_____
MARIA GRACIA BOONGALING
Declarant

# ANNUAL CORPORATION REPORT

Filling Fee $50.00/Make Check Payable to CNMI TREASURER
File Original and One Copy

FILLING: THE INITIAL REPORT MUST BE FILED WITHIN 60 DAYS OF INCORPORATION.
ANNUAL REPORT MUST BE FILED BEFORE MARCH 1ST OF EACH YEAR.

FILE WITH: REGISTRAR OF CORPORATIONS
Office of the Attorney General
2nd Floor Administration Bldg./Capitol Hill
Saipan MP 96950

*2002 MAR -5 PM 3: 21*

INITIAL REPORT _____   REPORT FOR THE YEAR " 2001 "
CHECK ONE:( ) Domestic Corporation   ( ) Foreign Corporation

50 1970 / 50-

| Name, Mailing Address & Telephone No. of Corporation: (Attach map showing location if address is only a P.O Box) |
|---|
| S-WON INC   PMB 996, BOX 10001   SAIPAN MP 96950   TEL.NO.: 322-0996 |

| Name, Mailing Address & Telephone No. of Corporation: (Attach map showing location if address is only a P.O Box) |
|---|
| JACK, Q. ATALIG   P.O. BOX 1 024   SAIPAN MP 96950   TEL.NO.: 322-0996 |

**LIST OF DIRECTORS:**

| NAME | NATIONALITY | ADDRESS |
|---|---|---|
| KIM, YOUNG KYUN | KOREAN | PMB 996, BOX 10001, SAIPAN MP 96950 |
| JACK Q. ATALIG | U.S.A | PMB 996, BOX 10001, SAIPAN MP 96950 |

**LIST OF OFFICERS:**

| Name | Position | Nationality | Address |
|---|---|---|---|
| KIM, YOUNG KYUN | PRES./TREAS. | KOREAN | PMB 996, BOX 10001, SAIPAN MP 96950 |
| JACK Q. ATALIG | VICE-PRES/ SEC. | U.S.A | PMB 996, BOX 10001, SAIPAN MP 96950 |

**DESCRIPTION OF BUSINESS ACTIVITIES-** List all lines of business:

AMUSEMENT CENTER : POKER

**STOCK ISSUED AND OUTSTANDING:**

| Number of Shares | Class of Shares | Amount Paid for Shares |
|---|---|---|
| 150,000/ SHARES | COMMON STOCK | $150,000.00 |

| NAME OF SHAREHOLDERS | IMMIGRATION STATUS | NATIONALITY | NUMBER OF SHARE HELD |
|---|---|---|---|
| KIM, YOUNG KYUN | OFF- ISLAND | KOREAN | 150,000 |

Date: _EXHIBIT 1_

Signature: [signed]

KIM, YOUNG KYUN / PRESIDENT
PRINT NAME & TITLE OF PERSON SIGNING
( MUST BE DIRECTOR or OFFICER OF CORPORATION)