ERIC S. SMITH, Bar No. F 0157
SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:   233-3334
Fax:   233-3336

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELO M. LABORCE, | Civil Action No. 05-0036 |
| Plaintiff, | |
| v. | **ENTRY OF DEFAULT OF S-WON, INC.** |
| S-WON INC., P&S, INC., YOUNG KYUN KIM, JOHN GERALD PANGELINAN, DANIEL MUNA QUITUGUA, DARREL MUNA QUITUGUA and JOE CRISOSTOMO, | Date:   N/A<br>Time:   N/A<br>Judge:  Alex Munson |
| Defendants. | |

It appearing from an examination of the Declarations of Eric S. Smith, Rainaldo Agulto and Maria Gracia N. Boongaling in Support of the Request for Entry of Default against Defendant S-Won, Inc., and other records and files in this action, the period in which Defendant S-Won, Inc. to plead or file an answer to Plaintiff's complaint has expired.

THEREFORE, the DEFAULT of Defendant S-Won, Inc. is hereby entered according to law.

Entered this 27th day of January, 2006.

GALO L. PEREZ
Clerk of Court

By: _____
         Deputy Clerk