ERIC S. SMITH, Bar No. F 0157
SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:   233-3334
Fax:   233-3336

Attorneys for Plaintiff

F I L E D
Clerk
District Court

JAN 27 2006

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

ANGELO M. LABORCE,

  Plaintiff,

  v.

S-WON INC., P&S, INC., YOUNG KYUN KIM, JOHN GERALD PANGELINAN, DANIEL MUNA QUITUGUA, DARREL MUNA QUITUGUA and JOE CRISOSTOMO,

  Defendants.

Civil Action No. 05-0036

ENTRY OF DEFAULT
of
JOHN GERALD PANGELINAN

Date:  N/A
Time:  N/A
Judge: Alex Munson

It appearing from an examination of the Declarations of Eric S. Smith and Maria Gracia N. Boongaling in Support of the Request for Entry of Default against Defendant John Gerald Pangelinan, and other records and files in this action, the period in which Defendant John Gerald Pangelinan to plead or file an answer to Plaintiff's complaint has expired.

THEREFORE, the DEFAULT of Defendant John Gerald Pangelinan is hereby entered according to law.

Entered this 27th day of January, 2006.

                                        _____
                                        GALO L. PEREZ
                                        Clerk of Court

                           By: _____
                               Deputy Clerk