```
 1  ERIC S. SMITH, Bar No. F 0157
    SMITH & WILLIAMS
 2  Attorneys at Law
    P.O. Box 5133 CHRB
 3  Saipan MP 96950
    Tel:   233-3334
 4  Fax:   233-3336

 5  Attorneys for Plaintiff
```

FILED
Clerk
District Court

JAN 30 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELO M. LABORCE,<br><br>Plaintiff,<br><br>v.<br><br>S-WON INC., P&S, INC., YOUNG KYUN KIM, JOHN GERALD PANGELINAN, DANIEL MUNA QUITUGUA, DARREL MUNA QUITUGUA and JOE CRISOSTOMO,<br><br>Defendants. | Civil Action No. 05-0036<br><br>REQUEST TO STRIKE MOTION FOR AN ENTRY OF DEFAULT AGAINST DANIEL M. QUITUGUA.<br><br>Date:   N/A<br>Time:   N/A<br>Judge:  Alex Munson |

COMES NOW PLAINTIFF, by and through the undersigned counsel, and hereby requests the Court to strike his Motion for an Entry of Default against Daniel Muna Quitugua. This firm received Mr. Quitugua's answer on December 16, 2005. Without taking a closer look at the document, this firm erroneously classified it an answer filed by Darrel Muna Quitugua, another defendant in this case.

RESPECTFULLY SUBMITTED.

Dated: January 30, 2006

*/s/ Eric J. Smith*
ERIC J. SMITH
Attorney for Plaintiff