```
ERIC S. SMITH, Bar No. F 0157
SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:   233-3334
Fax:   233-3336

Attorneys for Plaintiff
```

F I L E D
Clerk
District Court

JAN 31 2006

For The Northern Mariana Islands
By_____
       (Deputy Clerk)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELO M. LABORCE,<br><br>Plaintiff,<br><br>v.<br><br>S-WON INC., P&S, INC., YOUNG KYUN KIM, JOHN GERALD PANGELINAN, DANIEL MUNA QUITUGUA, DARREL MUNA QUITUGUA and JOE CRISOSTOMO,<br><br>Defendants. | Civil Action No. 05-0036<br><br>**DECLARATION of RAINALDO AGULTO IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT**<br>**(S-WON, INC.)**<br><br>Date:   N/A<br>Time:   N/A<br>Judge:  Alex Munson |

I, RAINALDO S. AGULTO, declare that if called as a witness, I would competently testify to the following:

1. That I am not a party in the above entitled action.

2. On November 15, 2005, I served the Summons and Complaint to S-Won, Inc.'s registered agent, Jack Q. Atalig. Mr. Atalig is listed as the registered agent of S-Won, Inc. based on S-Won, Inc.'s 2001 Annual Report.

3. That Mr. Jack Q. Atalig refused service of the complaint. He stated that he was no longer the registered agent of the corporation and that it is now Jin Koo Cho. Mr. Atalig directed me to where Mr. Jin Koo Cho can be served.

4. On the same day, I found Mr. Jin Koo Cho who confirmed that he is the registered agent of S-Won, Inc. and that he would accept service of the summons and complaint.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on January 26, 2006, at Garapan, Saipan, Commonwealth of the Northern Mariana Islands.

*[signature]*
RAINALDO AGULTO
Declarant