F I L E D
Clerk
District Court

AUG 1 5 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| ANGELO M. LABORCE, | ) | Civil No. 05-0036 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER SETTING |
| | ) | CASE MANAGEMENT |
| S-WON, INC.; P&S, INC.; | ) | CONFERENCE |
| YOUNG KYUN KIM; | ) | |
| JOHN GERALD PANGELINAN; | ) | |
| DANIEL MUNA QUITUGUA; | ) | |
| DARRELL MUNA QUITUGUA; | ) | |
| and, JOE CRISOSTOMO, | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

To:   Eric S. Smith, Attorney for Plaintiff
      All Defendants

In accordance with Federal Rule of Civil Procedure 16 and Local Rule 16.2CJ, each of the above-named shall be present at the Case Management Conference, set for **Friday, September 1, 2006, at 9:00 a.m.**

The parties shall be prepared to discuss:

(a) Service of process on parties not yet served;

(b) Jurisdiction and venue;

(c) Track assignment;

(d) Anticipated motions;

(e) Anticipated or remaining discovery, including limitation on discovery;

(f) Further proceedings, including setting dates for discovery cut-off, pretrial and trial;

(g) Appropriateness of special procedures such as consolidation of actions for discovery or pretrial, reference to a master or to arbitration, or to the Judicial Panel on Multi-district Litigation, or application of the Manual for Complex Litigation;

(h) Modifications of the standard pretrial procedures specified by this Plan on account of the relative simplicity or complexity of the action or proceeding;

(i) Settlement prospects;

(j) Any other matter which may be conducive to the just, efficient, and economical determination of the proceedings, including the definition or limitation of issues; and,

(k)  Setting of dates for:

  1. Joinder of all parties,
  2. Motions to amend,
  3. Discovery cut-off,
  4. Status Conferences,
  5. Discovery motion hearing date,
  6. Dispositive motion cut-off,
  7. Dispositive motion hearing date,
  8. Settlement conference,
  9. Joint pretrial order,
  10. Final pretrial order,
  11. Trial.

The Court recommends that this case be assigned to the **Standard** track as defined by Local Rule 16.2CJ.c.

DATED this 15th day of August, 2006.

                                                                           /s/ Alex R. Munson
                                                                    ALEX R. MUNSON
                                                                             Judge