ERIC S. SMITH F 0157
SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:   233-3334
Fax:   233-3336

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| ANGELO M. LABORCE,<br><br>Plaintiff,<br><br>v.<br><br>S-WON INC., P&S, INC. YOUNG KYUN KIM, JOHN GERALD PANGELINAN, DANIEL MUNA QUITUGUA, DARREL MUNA QUITUGUA and JOE CRISOSTOMO,<br><br>Defendants. | Civil Action No. 05-0036<br><br>**REQUEST TO MOVE STATUS CONFERENCE TO A LATER DATE** |

On September 1, 2006, the Court scheduled a status conference on this matter on January 5, 2007 at 9:30 a.m.

Plaintiff's counsel will be off-island on January 5, 2007.

Based on the above, Plaintiff's counsel hereby requests that the status conference presently set on January 5, 2007 be moved to a date after January 15, 2007.

RESPECTFULLY SUBMITTED.

Date: November 22, 2006                             //S//
                                                                    ERIC S. SMITH
                                                                Attorney for Plaintiff