IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELO M. LABORCE, | Civil Action No. 05-0036 |
| Plaintiff, | |
| v. | [PROPOSED] |
| S-WON INC., P&S, INC. YOUNG KYUN KIM, JOHN GERALD PANGELINAN, DANIEL MUNA QUITUGUA, DARREL MUNA QUITUGUA and JOE CRISOSTOMO, | ORDER TO MOVE STATUS CONFERENCE TO A LATER DATE |
| Defendants. | |

Based on Plaintiff's counsel's requests and good cause having been shown, the status conference presently set on January 5, 2007 is moved to JAN 16, 2007 at 8:30 a.m.

SO ORDERED.

Dated 11-22-06.

JUDGE ALEX R. MUNSON
FILED
Clerk
District Court
NOV 22 2006
For The Northern Mariana Islands
By (Deputy Clerk)

RECEIVED
NOV 22 2006
Clerk
District Court
The Northern Mariana Islands