FILED
Clerk
District Court

JAN - 4 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| ANGELO M. LABORCE,<br><br>Plaintiff,<br><br>vs.<br><br>S-WON INC., P&S, INC., KYUN KIM, JOHN GERALD PANGELINAN, DANUAL MUNA QUITUGUA, DARREL MUNA QUITUGUA & JOE CRISOSTOMO,<br><br>Defendants, | Civil Action No. 05-0036<br><br>Order Rescheduling Status Conference |

Eric S. Smith
Attorney at Law
P.O. Box 5133
Saipan, MP 96960.

Stephen J. Nutting
Attorney at Law
P.O. Box 5222
Saipan, MP 96950

The Status Conference scheduled for Tuesday, January 16, 2007, at 8:30 a.m., is rescheduled to 10:30 a.m., on the same date.

IT IS SO ORDERED.

DATED THIS 4th day of January, 2007.

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)