ERIC S. SMITH, Bar No. F 0157
SMITH & WILLIAMS
Attorneys at Law
P.O. Box 5133 CHRB
Saipan MP 96950
Tel:   233-3334
Fax:   233-3336

Attorneys for Plaintiff

F I L E D
Clerk
District Court

JAN 1 8 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN MARIANA ISLANDS

ANGELO M. LABORCE,

    Plaintiff,

v.

S-WON INC., P&S, INC., YOUNG KYUN KIM, JOHN GERALD PANGELINAN, DANIEL MUNA QUITUGUA, DARREL MUNA QUITUGUA and JOE CRISOSTOMO,

    Defendants.

Civil Action No. 05-0036

**REQUEST TO DISMISS**
**and**
**ORDER THEREON**

Date:   N/A
Time:   N/A
Judge:  Alex Munson

COMES NOW PLAINTIFF, by and through the undersigned counsel, and hereby requests the Court dismiss the above styled and number cause as to all defendants with prejudice at plaintiffs' cost and as grounds therefore respectfully show:

The answering defendants collectively do not have sufficient assets to warrant further prosecution of the case for the purpose of recovering damages.

RESPECTFULLY SUBMITTED.

Dated: January 16, 2007

_____
ERIC S. SMITH
Attorney for Plaintiff

GOOD CAUSE HAVING BEEN SHOWN, this law suit is dismissed with prejudice.

Date: January 18, 2007

_____
ALEX MUNSON
Chief Judge

**RECEIVED**

JAN 18 2007

Clerk
District Court
The Northern Mariana Islands